United States District Court
Middle District of Florida
Tampa Division

Michael Anthony LoRusso,
    Petitioner/Class Action,

vs

State Attorney's Office,
Sixth Judicial Pinellas County,
   Florida, Defendant,

Case No: Pending
8:22 cv 1848 SDM-AEP

## Class Action Habeas Corpus

As Petitioner brings to The United States District Court of the illegal convictions that Defendant has violated The United States Constitution to obtain as outlined in this Habeas Corpus which is not a Civil rights violation under U.S.C. § 2254 Petitioner will present the statement of claim.

1. That Defendant has blatantly opened clearly marked "Legal Mail" which was leaving a Correctional institution. As the Federal Court is quite aware that any letter that clearly marked "Legal Mail" Sealed and leaving a Correctional institution poses no threat to a Correctional institution.

2. The interception of clearly marked "Legal Mail" is a clear attack in violation of The First Amendment. As Defendant is not only opening clearly marked "Legal Mail" but using the context as evidence in trials.

— 1 —

This was blatantly done in Petitioner's trial in The Sixth Judicial, Pinellas County Criminal Case 20-04126CF. The State Attorney who and let the record show is a 19 year veteran named Robert Alvin Bruce. As Mr. Bruce clearly knows better, but the rule of law means absolutely nothing to these people.

3. As interception of U.S. Mail is a violation of Freedom clause, plus leaving a institution posed no threat to security. The Pinellas County Jail is a Federal Holding Facility which means that Defendant is breaking the law in a Federal Holding Facility makes all the actions Federal Crimes.

## Defendant's Actions

1. State Attorney Julia Rice on a hearing of October 30th, 2019 Committed perjury. Ms. Rice lied to the Court under oath. The record is quite clear that Ms. Rice told Judge Nancy Ley that Plaintiff has put mental health records of the Victim's daughter who was 14 years at the time on the Internet. Serious charge to make and quite easy to verify.

Much like everything with Defendant has never been proven almost three years later. So, Ms. Rice engaged in fraud to the Court. The record of October 30th, 2019 is quite clear of Ms. Rice's words. Defendant can lie in Court on Criminal Case 19-05991 CF. Then where is the line? The opening of protected "Legal Mail" and supporting perjured testimony could win a lot of Criminal trials too.

   State Attorney Robert Alvin Bruce who is black and used his power to prosecute innocent White Defendants on lies and using clearly marked "Legal Mail" to obtain a conviction. Where is the lies stop?

   Defendant prosecute knowingly of a Pinellas County Detective who lied on numerous search warrants. This was all brought up in Court right after Ms. Rice's lies to the Court. November of 2019 during a Frank's Hearing that this Detective admitted under oath that he lied on probable cause for search warrants and arrest warrants. A total of 808 Conviction directly involving this Detective dating all the way back to 2013.

   Defendant knowingly prosecuted innocent people on lies of this Detective.

-3-

All this brought to the court that Plaintiff was prosecuted on a third degree felony with a maximum sentence of five years. Plaintiff has a release date of 24 months. All this will be brought out on a third degree felony.

## Watergate

1. This is a "Watergate" moment in the courts. Not only is State Attorneys committed perjury opening up of clearly marked "Legal Mail" but is recording video visitation in a Federal Holding Facility all without a judicial approval. U.S.C. § 2510 requires of wire tapping in a federal holding facility needs court approval. Something that Defendant could never produce. Defendant is recording privileged conversations with Defense attorneys and their clients at the Pinellas County Jail.

2. This goes all the way to Pinellas County Sheriff Bob Gualtieri, as Plaintiff recent visit from the FBI Tampa field office of a child pedophile ring running through Pinellas County and protection of January 6th mastermind "Justin Crowden".

## Justin Crowden

-4-

1. Justin Crowden is the number one suspect in missing young girls in Utah, Colorado, and North Carolina and been on the domestic terrorist watch list since January of 2019.

2. Sheriff Bob Gualtieri along with Defendant is in a deep cover up of the illegal actions of Justin Crowden with direct evidence linking him to The Attack on The Capitol January 6th.

3. Defendant has refused to prosecute Mr. Crowden who also committed perjury in Plaintiff's trial and Judge Nancy Ley let the record reflect was quite aware of. Perjury is accepted!

4. The round up of innocent people and thrown into jail is a page right out of Vladmir Putin's playbook. The Interception of "Legal mail" is a page out of The Spanish Inquisition. The prosecution of innocent people using perjured testimony is a page out of Salem Witch Trials.

## Nature of Relief Sought

1. Plaintiff is bringing a Habeas Relief not a Civil Rights this is a Clean attack on our democracy and our Constitution. This is a fight that has to kept going.

The Court can't allow this to go on! These people like Donald Trump must be held accountable. The deaths of four Capitol Police officers are directly involve with Defendant's actions.

This Class Action Habeas Corpus comes in good faith.

Respectfully,

*[signature]*

Michael LoRusso
10800 Evans Road
# 345454
Polk C.I.
Polk City, Florida
33868
Plaintiff Pro Se