United States District
Court Middle District
Of Florida Tampa
Division

Michael Anthony LoRusso,    Case No
         Applicant,          8:22-CV-1848-SDM-AEP
v
                             Case No 8:22-CV-2258-MSS-TGW
State Attorney's Office,     11th Circuit Court Case No
Sixth Judicial Pinellas,     23-12711-H
  County,
         Defendants,
                                        /

## Amended Petition Under 28 U.S.C. 2254 and 1915(g)

As Applicant is filing an amended Petition Under 28 U.S.C. § 2254 which was filed timely under with Case No 8:22-CV-2258-MSS-TGW and in the 11th Circuit Court of Appeals Case No 23-12711-H

As Order of in Rule 4 which to hold appointed State Attorney Bruce Bartlett of the Sixth Judicial Circuit for violation of civil rights under in U.S.C. § 1983 (42).

## Statement of Facts

1. Applicant is currently in Pinellas County Jail on violation of Applicant of Vindictive Prosecution of to access the courts.

-1-

That State Attorney's office Bruce Bartlett's office is prosecuting Applicant for exercising his Constitutional Rights as outlined in Supreme Court opinion in Counterman v. Colorado 143 2106 S.CT (2023)

Bruce Bartlett's office is targeting Applicant for exercising the constitutional right to appeal in violation of North Carolina v. Pearce, 395 US 711 (1969) See Case No 8:22-CV-2258-MSS-TGW and with the 11th Circuit Court of Appeals in Case No 23-12711 H and that Bruce Bartlett's office while in the Florida Department of Corrections placed a new "Detainer" for a formal criminal charge of Aggravated Stalking while in prison and 20 days before Applicant was to be released.

This all comes down to evidence which is protected under the Constitution and Applicant's political views of Florida Governor Ron DeSantis and convicted felon Donald Trump.

As with application of Writ of Habeas Corpus USC. 2 2254 based on Constitutional challenges which is and been pending with the Court for 24 months and is in appeal in the 11th Circuit Court of Appeals and conviction is not final. in State Conviction pinellas County case No 20-04126CF

-2-

The question presented by this case is whether a habeas petitioner remains "in custody" under a conviction after the sentence imposed for its has fully expired, merely because of the sentence possibility that the prior conviction will be used to enhance the sentence imposed for any subsequent crimes of which he is convicted. The Federal Court in Supremacy clause rules it does not. That conviction out of Pinellas Circuit Court Case No 20-04126CF is paramount to Applicant's Violation of Civil Rights of Vindictive Prosecution of Bruce Bartlett's office. Now, as Rule 2(e) each member of a purpoted class has a separate Judgement like Applicant's Conviction and Pending Criminal Charges in Case No 24-06524 CF of a new Aggravated Stalking criminal charge while in custody of The Florida Department of Corrections. That in U.S.C. 1915(a) That Bruce Bartlett's is in a deep Violation of Applicant's Constitutional and Civil Rights.

<u>Bruce Bartlett's Appointed State Attorney</u>

1. As with appointed by Governor Ron DeSantis on the death of elected State Attorney Bernie McCabe died on January 1st, 2021.

-3-

That Ron DeSantis in violation of the appointment Clause as opinion of Federal Judge Aileen Cannon in that Jack Smith was appointed in violation of Constitution. Ron DeSantis appointed Bruce Bartlett in violation of the Constitution and all of the convictions in the past 3½ years are all up to review by Judge Aileen Cannon's ruling.

### Violation of The First Amendment

1. As Ron DeSantis and Ashley Moody has attacked the first amendment in the state of Florida See: Warren V. DeSantis, 4:22-CV-302-RH-MAF Which that a twice elected state attorney was suspended and fired for exercising his first amendment rights. The Ron DeSantis again in violation of appointment clause appointed Suzy Lopez which raises all issues with all of the convictions under Ms. Lopez too.

2. Ron DeSantis who appointed Bruce Bartlett on January 10th, 2021 which illegally convicted Applicant in criminal case 20-04126CF for violation of out going "Legal Mail" obtained in violation of the First Amendment in a federal holding facility which the Pinellas County Jail in violation of 28 U.S.C. § 2510

-4-

Which all outgoing "Legal Mail" is Constitutional Protected Speech and all outgoing "Legal Mail" is Sealed and was used as evidence in the trial to convict Applicant with a black state attorney Robert Bruce which only prosecuted Applicant only because he is white on the backdrop of George Floyd's death.

As in a Federal Holding facility that in violation of Title III and U.S.C. § 2518 and Federal Case laws Dalia V. United States, 441 US 238 58-59 (1979) and all under a appointed state attorney Bruce Bartlett. Now, Bruce Bartlett's office who has illegally disrespected the Constitutional.

This is the same office which is endorsing a convicted felon for President instead a former elected State Attorney and Attorney General.

Which what prosecution reliance on knowingly presentation of false testimony which cast grave doubt or reliability of verdict which state attorney's office has fully admitted to in what Robert Bruce's Conviction of a white man in Civil rights violation again. Where is the authorization of 18 U.S.C. § 2511 a 2520 (a) in a Federal Holding Facility furnished by 20 million dollars a year.

-5-

First Amendment protects your right to send letters. Many years ago prison officials were required to meet a strict test to justify their needs and interest before courts would allow them to interfere with mail.

Prison officials cannot read your legal mail which not only appointed State Attorney Bruce Bartlett in violation to obtain a conviction which is being challenged under Case No 8-22-CV-2258-MSS-TGW and The 11th Circuit Court of Appeals Case No 23-12711 H which is one step away from The United States Supreme Court.

That is clear violation of Applicant first amendment right which not only is that was used in the conviction but in Vindictive Prosecution of Applicant for exercising a constitutional right. Due Process Clause prohibits a prosecutor from using criminal charges to penalize a Defendant's valid exercise of constitutional right. The evidence presented is all full of lies by Pinellas County Sheriff Deputy Bruce Johnson which has a history of arresting Applicant for exercising his constitutional rights.

Again, all under Bruce Bartlett's office for being appointed by Governor Ron DeSantis

-6-

## "Outgoing Legal Mail"

1. As while Applicant was in the custody of The Florida Department of Corrections and under the protections of the First Amendment.
2. That appointed State Attorney Bruce Bartlett with no understanding of Constitutional Rights was notified of Warden H. Ralph who freely admitted to violation of Applicant's First Amendment and have in statement of claim That not only Bruce Bartlett's office but also Attorney General's Office is defending a conviction based on First Amendment violation.

## State Attorney's Response

1. The reasonably related to legitimate penological Interest (1) wheather a "Valid rational connection exist between the regulation and the legitimate Interest that would be achieve by its enactment (2) wheather alternative means of exercising the asserted right would remain available.
What is the legal reason of what Walton Correctional Warden to totally violate clean First Amendment Right. Explain in full detail of how a clearly marked "Legal Mail" was opened and read used as evidence in the arrest Warrant in Case No 24-06524-CFA

-4-

See : Pages of 93 which Federal Judge Aileen Cannon of appointed clause all goes to Jack Smith and Federal Judge Tanya Chutkan in Washington DC. This was all revealed in Applicant's Constitutional and Civil Rights Violations. That Florida's State attorney's office has always been soft on sex offenders like Jeffrey Epstein which way back in 2006 then state attorney Alexander Acosta who give Jeffrey Epstein probation and was Donald Trump's Secretary of Labor. Where is the prosecution of Pinellas County Deputy Willis of downloading 19 counts of child porn in a federal holding facility. What is the position of Bruce Bartlett on child porn? Will this be yet again of Selective Prosecution like Donald Trump who has yet to register as a convicted felon which is required by the law and Duden people. That Palm Beach Sheriff Ric Bradshaw as yet to arrest Donald Trump which is full failure and neglect of duty. This is what Ron DeSantis Suspended the only black female state attorney Monique Worrell in Orange County. See : Forward to Palm Beach Post Political Reporter Antonio Fins which now Donald Trump can vote. No, being convicted felon he can not vote legally in Florida.

-8-

Which all goes directly to First Amendment protection with New York Times Reporter Maggie Haberson dated February 16th, 2024 and Bruce Bartlett's office is prosecuting Applicant for exercising his Constitutional Rights. Queens District Attorney Melinda Katz in New York City of a large illegal gun smuggling ring right into state of Florida.

Again, to notify a "report to an arm of government concerning a matter within the purview of the agency's responsibilities" served a legitimate purpose and was a constitutionally protected activity.

As to notify Pinellas County Sheriff's Department for a "Welfare check" is protected speech and serves a "legitimate purpose" which is the probable cause of Applicant's conviction again protected by the First Amendment.

Again, DCF headquarters in Tallahassee to General Counsel Giovanni Aristizabel dated 12/10/23 was marked "Legal Mail" but was not intercepted by Warden A. Ralph. This is a clear violation of Applicant's First Amendment, Malicious Prosecution Clear violation of Fourth Amendment.

This Amended Petition Under 28 U.S.C. 2254 and 1915(a) Comes in good faith

Respectfully,

Michael LoRusso
Applicant Pro se

-9-